**Order filed, May 15, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

**NO. 01-18-00375-CV**

**THOMAS PHILLIPS, Appellant**

**V.**

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, Appellee**

---

**On Appeal from the County Court**
**Waller County, Texas**
**Trial Court Case C17-129**

---

## ORDER

The reporter's record in this case was due 04/24/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM